**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JERAD KEITH DUNKIN,
ADC # 144105,                                                                                    PLAINTIFF

V.                                    4:10-cv-00106-JMM

D. PAUL PETTY, Attorney, Searcy, Arkansas; GREG
MOLE, Detective, Searcy Police Department; CALE
HOPKINS, Owner/Employee, Searcy Towing & Recovery;
ALAN EDWARDS, Officer, Newport Police Department/
Jackson County; STEVE BORGER, Owner, Razorback
Auto Sales; LAUREL BRIGHT, Police Officer, Searcy
Police Department; JOE SMITH, Employee, Orr Nissan;
CYNTHIA J. BAKER, Deputy Prosecuting Attorney, White
County; ROBERT PARSONS, Police Officer, Judsonia Police
Department; MUSKIE HARRIS, Employee, Sobriety Living;
RICKY MOROLES, Detective, Jackson County Sheriff's
Department; and TIM PFLUGRADT, Employee, Orr Nissan               DEFENDANTS

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED with prejudice.  The Court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in

good faith.

DATED this 30th day of April, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE